FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Hot Springs DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
April 28, 2021
OFFICE OF THE CLERK

Richard Tackett
Bradley Burchfield; Daniel Churchwell; GCDC Inmates; et al. (300+)
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 85330; 85350
(Do Not Put Your Social Security Number)

V.                                    CASE NO. 21-6057

Trinity Services Group;                Jury Trial: Yes X   No ___
Garland County Detention Center;                    (Check One)
Turnkey Medical; Members of U.S. Congress; Members of U.S. Senate;
(Enter above the full name of the defendant, President Donald Trump; William Barr;
or defendants, in this action.) Chief Elrod; Sherriff Mike McCormick; John Doe (Jail Doctor); Nurse B. Johnson; Leslie Rutledge; Asa Hutchinson; Trent Daniels; Judge Hertzberger; Judge Wright; Judge Ohms

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes X        No X

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: Bradley Burchfield
Defendants: See above. Plus Head of DEA; Jack Ma; Jeff Bezos; Trent Daniels; et al.

2. Court (if federal court, name the district; if state, name the county):
US DISTRICT COURT WESTERN/HOT SPRINGS

3. Docket number: 6:20-CV--06121-RTD-BAB

4. Name of judge to whom case was assigned: Hon. Barry A. Bryant; Susan Hickey

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit: 10/15/2020

7. Approximate date of disposition: Still pending; also the medical (No Covid Testing) is brought forward in this suit See Lareau v. Manson, 651 F.2d 96,109 (2d 1981)

New → This case is in part / majority Amendment 13 U.S.C. Also involves acts of Congress and Chinese trade agreements, Only Supreme Court can hear per Rule (1)(c)

(Updated 7/2019)

II. Place of Present Confinement: <u>Garland County Detention Center (Not Duly Committed)</u>

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes <u>X</u>   No _____

    B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u> If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. ~~If your answer is NO, explain why not:~~ <u>All grievances/requests (that are answered) are on tablets by SECURUS. Will Subpoena at Discovery</u>

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: <u>Bradley Craig Burchfield (Pro Se Litigant)</u>
       Address: <u>3564 Albert Pike</u>
       <u>Hot Springs, AR 71913</u>

[Margin note: Daniel Churchwell / 3564 Albert Pike / Hot Springs, AR 71913 / (US ARMY)]

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

    B. Read carefully and fill out all information sought.

        <u>1. Defendant #1.</u>
        Full Name: <u>Joe Jones</u>
        Position: <u>Supervisor</u>
        Place of Employment: <u>Trinity Services Group</u>
        Address: <u>3564 Albert Pike</u>
        <u>Hot Springs, AR 71913</u>

2. **Defendant #2**

Full Name: Sheriff Mike McCormick

Position: Sheriff

Place of Employment: Garland County Sheriffs Office

Address: 3564 Albert Pike
Hot Springs, AR 71913

3. **Defendant #3**

Full Name: Chief Elrod

Position: Chief (Jail Administrator)

Place of Employment: Garland County Detention Center

Address: 3564 Albert Pike
Hot Springs, AR 71913

4. **Defendant #4**

Full Name: President Donald Trump

Position: President of the United States

Place of Employment: United States of America

Address: 1600 Pennsylvania Avenue
Washington, D.C.

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline. See Attached pages 1-3

V. At the time of the alleged incident(s), were you:
(check the appropriate blank)

X  in jail and still awaiting trial on pending criminal charges
___ serving a sentence as a result of a judgment of conviction
___ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: Being held on bail and forced to work without pay ($) and NOT DULY COMMITTED TO A PENAL INSTITUTION

Please provide the date of your conviction or probation or parole revocation: No parole holds, No probation/parole revocation; NOT DULY COMMITTED TO A PENAL INSTITUTION.

-3-

VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.): Violation of Amendment 13 of the United States Constitution; Due Process; Cruel and Unusual punishment 1865(?)

Date of the Occurrence: Approximately 10/21/2020 until present (Barefield) Churchwell (4 weeks of work)

Name of Each Defendant involved: Entire Defendants list; Trinity Services Group (Kitchen); et al.

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it. Myself and other inmates are being forced to work for Trinity Services Group (3rd party) at Garland County Detention Center for no pay ($). We are pre-trial detainees and NOT DULY COMMITTED TO A PENAL INSTITUTION. WE HAVE NOT SIGNED AGREEMENT WITH ANY DEFENDANT TO WORK WITH NO PAY.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

___ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_X_ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

It is the custom and policy of GCDC, Garland County Sheriff's Office, Hot Springs Police Department, etc (See Defendants) to force pre-trial detainees to work without pay without being DULY COMMITTED TO A PENAL INSTITUTION as Stated in Amendment 13 of the UNITED STATES CONSTITUTION

**Claim Number #2:**

Type of Claim (for example, excessive force, denial of medical care, etc.): Denial of Due Process; excessive force; cruel and unusual punishment; denial of medical care; freedom of confinement)

Date of the Occurrence: 9/7/2020; 9/12/2020 (Respectively); ongoing

Name of Each Defendant involved: Turnkey Medical; Center for Disease Control; GCDC; et al.

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it. There has been no Covid 19 testing at facility, even at request by inmates; failing to adequately screen incoming prisoners for Covid-19 constitutes a serious "threat to to the well-being of the inmates" This policy/practice of GCDC and Turnkey Medical is punisment(excessive) under Due Process clause of

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank) U.S. Constitution.

___ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_X_ both official and personal capacity

—5—

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

In an attempt to save money by not testing GCDC and Turnekey Medical's policies (written or otherwise) have violated multiple inmates well-being (freedom from confinement) and Constitutional rights. This incarceration is Systematic in the United States of America. See Careau. Vs. Manson

Claim Number # 3: United States of America. See Careau. Vs. Manson

Type of Claim (for example, excessive force, denial of medical care, etc.): Freedom of Conviction and confinement; Due Process, Ex Post Facto Provision, etc.

Date of the Occurrence: ~~~~~~; 95rd General Assembly of Congress

Name of Each Defendant involved: Defendant list; et al.

Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.

Congress and Senate; Signed by President; instituted a Trade Agreement with Chinese (Jack Ma) to import ephedrine products (ISOPROPYLBENZYLAMINE) into the United States. These products are also sold at Amazon. State of Arkansas and United States are Systematically incarcerating citizens.

With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__X__ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Trade agreements with Chinese and laws of United States and Arkansas are systematically incarcerating citizens. These agreements written in Acts of Congress make trade legal with Chinese and illegal for everyday American citizens.

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII.  Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

X  Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

X  Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

Federal Rackateering and Systematic incarceration of United States Citizens. $100 Billion. Change 13 Amendment and strike (UNLESS A PERSON HAS BEEN DULY COMMITTED TO A PENAL INSTITUTION.) from the Amendment. Pay to worker Institute work program (pay taxes, social security, etc) for every inmate across United States.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this  6  day of  November , 20 20 .

Bradley C. Burchfield
Printed Name of Plaintiff

Bradley C. Burchfield
Signature of Plaintiff

-7-

Plaintiff #2

Daniel Churchwell
Daniel Churchwell

Daniel Churchwell #85350
GCDC Inmates
3564 Albert Pike
Hot Springs, AR 71913
Garland County Detention Center

Legal Mail

This mail originates from an inmate at the Garland County Detention Center and is not censored. The Garland County Sheriff assumes no responsibility for its content.

LITTLE ROCK AR 720
9 NOV 2020 PM 4

United States District Court
Office of the Clerk
30 South 6th Street Room 1038
Fort Smith, AR 72901-2437

Legal Mail

11/6/2020

To the Clerk:

    Myself (Burchfield), Mr. Churchwell, and other inmates at Garland County Detention Center have sent multiple grievances to Jail Administration. We have sent multiple motions to the Clerk at Garland County Courthouse that have gone unanswered. I have sent the affidavit to the institutional officer for account and asset verification. We have had delays in getting motions (pro se) notarized as required by the State of Arkansas. We are requesting multiple affidavits of indigency by this Honorable Court. We have sent multiple requests and grievances on the complaints contained in this § 1983 Civil Rights complaints. There have been multiple inmates sentenced prior to this suit that were here after the Covid-19 outbreak. We have sent multiple motions to dismiss for various reasons. There have been countless convictions for methamphetamine (simoultaneous possessions; isopropylbenzylamine) prior to this filing both in this county and the State of Arkansas as well as the United States of America after these "trade agreements" were set up with the Chinese government and their representatives. Multiple infractions against Mexican-Americans and Mexican nationals including their families and children.

Defendant #5: Jail Doctor - "John Doe" #1
Doctor
Turnkey Medical (GCDC)
3564 Albert Pike; Hot Springs, AR; 71913

Defendant #6: B. Johnson, RN; HSA (Betty Doe #1)
RN; HSA
Turnkey Medical
3564 Albert Pike; Hot Springs, AR 71913

Defendant #7: Betty Doe II (Older Nurse; "No Hep C test was punishment")
RN (2nd Intake; Signed me up for "insurance"
@ Turnkey Medical
3564 Albert Pike; Hot Springs, AR 71913

Defendant #8: Asa Hutchinson
Governor of Arkansas
State of Arkansas
State Capitol (Little Rock, Arkansas)

Defendant #12 United States Congress (Members) 93rd General Assembly
Congressmen and women
United States of America
1600 Pennsylvania Ave.; Washington D.C.

Defendant #13 United States Senate (Members) 93rd General Assembly
Senators
United States of America
1600 Pennsylvania Ave.; Washington D.C.

Defendant #14 Jack Ma (Chinese Representative)
Owner    (Isopropylbenzylamine
Alibaba.com; alibabaexpress.com
Unknown; China (Wuhan, Beijing, Hong Kong)

Defendant #15 Jeff Bezos
Owner    (Isopropylbenzylamine)
Amazon.com
Unknown; United States of America

Defendant #19  Johnny Doe IV
Director
Center for Disease Control
Washington, D.C. (Unknown)

Defendant #20  Trent Daniels (Covid 19 Positive)
Prosecuting Attorney - Director
Garland County Courthouse
501 Ouachita Ave.; Hot Springs, AR 71901

Defendant #21  Judge Hernsberger
Circuit Judge
Garland County Courthouse
501 Ouachita Ave.; Hot Springs, AR 71901

Defendant #22  Judge Homer Wright
Circuit/District Judge
Garland County Courthouse
501 Ouachita Ave.; Hot Springs, AR 71901